

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00300-CV

**IN THE INTEREST OF B.J.M.** and H.J.M., Children

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29724
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that Nichole Martin recover her costs of this appeal from Ariel Mejia.

SIGNED March 18, 2015.

_____
Jason Pulliam, Justice